**FILED**

AUG 28 2008

Clerk, U.S. District and
Bankruptcy Courts

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| HI-TECH PHARMACAL CO. INC.<br>369 Bayview Avenue<br>Amityville, New York 11701<br><br>            Plaintiff,<br><br>    v.<br><br>FOOD AND DRUG ADMINISTRATION<br>5600 Fishers Lane<br>Rockville, Maryland 20857,<br><br>            Defendant. | )<br>)<br>)<br>)<br>)  Case: 1:08-cv-01495<br>)  Assigned To : Bates, John D.<br>)  Assign. Date : 8/28/2008<br>)  Description: Admn. Agency Review<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**Certificate Required by LCvR 7.1 of the Local Rules of the
<u>United States District Court for the District of Columbia</u>:**

I, the undersigned, counsel of record for Hi-Tech Pharmacal Co., Inc.

certify that to the best of my knowledge and belief, the following are parent

companies, subsidiaries or affiliates of Hi-Tech Pharmacal Co., Inc. which have

any outstanding securities in the hands of the public: NONE

These representations are made in order that judges of this court may determine the need for recusal.

Respectfully submitted,

HI-TECH PHARMACAL CO., INC.

Dated 8-27-08

By: _____
John R. Fleder (D.C. Bar No. 176123)
Robert A. Dormer (D.C. Bar No. 267641)
J.P. Ellison (D.C. Bar No. 477931)
Kurt R. Karst (D.C. Bar No. 482615)
Hyman, Phelps & McNamara, P.C.
700 13th Street, N.W., Suite 1200
Washington, D.C. 20005
Phone:   (202) 737-5600
Fax:       (202) 737-9329

**Attorneys for Plaintiff Hi-Tech Pharmacal Co., Inc.**