UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HI-TECH PHARMACAL CO., INC., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES FOOD AND DRUG ADMINISTRATION, <br><br> Defendant. | No. 1:08-cv-01495 (JDB) |

**NOTICE OF APPEARANCE**

Please enter the appearance of Drake Cutini as attorney for the United States Food and Drug Administration in the above-captioned action.

Of Counsel:

THOMAS R. BARKER
Acting General Counsel

GERALD F. MASOUDI
Chief Counsel, Food and Drug Division

ERIC M. BLUMBERG
Deputy Chief Counsel, Litigation

WENDY S. VICENTE
Associate Chief Counsel

U.S. Dept. of Health & Human Services
Office of the General Counsel
5600 Fishers Lane
Rockville, MD  20857
(301) 827-7138

Dated: September 2, 2008

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

C. FREDERICK BECKNER III
Deputy Assistant Attorney General

EUGENE M. THIROLF
Director
Office of Consumer Litigation

  /s/
DRAKE CUTINI
Attorney
Office of Consumer Litigation
U.S. Department of Justice
P.O. Box 386
Washington, D.C.  20044
202-307-0044
drake.cutini@usdoj.gov